| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Steven M. Lawrence – Bar #150861<br>ALVARADO & ASSOCIATES, LLP<br>1 Mac Arthur Place, Suite 210<br>Santa Ana, CA 92707<br>(714) 327-4400/Fax No. (714) 327-4499<br>157-45099-2<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:* **Movant, FIELDCREST MORTGAGE** | **FILED & ENTERED**<br><br>**FEB 03 2010**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY mccall    DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>KIMBERLY KNAPP LEITER AND ADAM M LEITER<br><br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NO.: 8:09-23322-ES<br><br>DATE: January 19, 2010<br>TIME: 9:30 am<br>CTRM: Courtroom 5A<br>FLOOR: 5th |
|---|---|

# ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (Real Property)
### (MOVANT: FIELDCREST MORTGAGE, its assignees and/or successors in interest)

1. The Stay Motion was:  ☐ Contested    ☒ Uncontested    ☐ Settled by stipulation

2. The Stay Motion affects the following real property (the "Property"):
   *Street Address:* **25321 ACACIA COURT**
   *Apartment/Suite no.:*
   *City, State, Zip Code:* **MISSION VIEJO, CA  92691**

   Legal description or document recording number (including county of recording): THE LAND REFERRED TO IN THIS DESCRIPTION SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF ORANGE, CITY OF MISSION VIEJO AND IS DESCRIBED AS FOLLOWS:
   LOT 32 OF TRACT NO. 8570, AS PER MAP RECORDED IN BOOK 366, PAGES 27 TO 30 INCLUSIVE OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.   619-321-14

   ☐ See attached page.

3. The Motion is granted under:    ☒ 11 U.S.C. § 362(d)(1)    ☒ 11 U.S.C. § 362(d)(2)(A)    ☐ 11 U.S.C. § 362(d)(3)
   ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:

   a. ☒ Terminated as to Debtors and Debtors' bankruptcy estate.

   b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.

   c. ☐ Modified or conditioned as set forth in Exhibit _____ to this Order.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtors or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

*(Continued on next page)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                              **F 4001-1O.RP**

| In re (SHORT TITLE) KIMBERLY KNAPP LEITER AND ADAM M LEITER | Debtor(s). | CHAPTER: 7 |
|---|---|---|
| | | CASE NO.: 8:09-23322-ES |

6. ☐ Movant shall not conduct a foreclosure sale before the following date (*specify*):

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ☐ The filing of the petition was part of a scheme to delay, hinder, and defraud creditors that involved either:

    ☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

    ☐ multiple bankruptcy filings affecting the Property.

    If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 263(d)(4)(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon a changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interest or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court further orders as follows:

    a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
    b. ☒ The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
    c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply (attach *Optional Form F 4001-1O.ER*).
    d. ☐ See attached continuation page for additional provisions.

###

DATED: February 3, 2010

_____
United States Bankruptcy Judge

| In re<br>KIMBERLY KNAPP LEITER AND ADAM M LEITER | (SHORT TITLE) | Debtor(s). | CHAPTER: 7<br><br>CASE NO.: 8:09-23322-ES |
|---|---|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Alvarado & Associates, LLP, 1 Mac Arthur Place, Suite 210, Santa Ana, CA 92707**

A true and correct copy of the foregoing document described **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (Real Property)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On January 19, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Kimberly Knapp Leiter<br>890 Hillcrest Dr<br>Laguna Beach, CA 92651<br>(Debtor) | Adam M Leiter<br>890 Hillcrest Dr<br>Laguna Beach, CA 92651<br>(Debtor) | Gregory J Doan<br>25401 Cabot Rd Ste 119<br>Laguna Hills, CA 92653<br>(Debtor's Counsel) | Karen S. Naylor<br>PO Box 504<br>Santa Ana, CA 92702-0504<br>(Chapter 7 Trustee) |
|---|---|---|---|
| UNITED STATES TRUSTEE<br>411 W FOURTH ST SUITE 9041<br>SANTA ANA, CA 92701-4593 | BANK OF AMERICA<br>4161 PIEDMONT PKWY<br>GREENSBORO, NC 27410<br>(JR LIEN HOLDER) | KENNETH D. LEWIS<br>BANK OF AMERICA<br>100 NORTH TRYON STREET,<br>CHARLOTTE, NC 28255 | MELINDA MASSON<br>TIMBERLINE COMMUNITY<br>C/O MERIT PROPERTY<br>MANAGEMENT<br>1 POLARIS WAY, SUITE 100<br>ALISO VIEJO, CA 92656-5356<br>(HOA LIEN) |

All served by U.S. Mail

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/19/2010 | Evette Barajas | /s/ Evette Barajas |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                            **F 9013-3.1**

| In re<br>KIMBERLY KNAPP LEITER AND ADAM M LEITER | (SHORT TITLE)<br>Debtor(s). | CHAPTER: 7<br>CASE NO.: 8:09-23322-ES |
|---|---|---|

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify)* **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (Real Property)**  was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** ¥ Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

DEBTORS' COUNSEL: Gregory J Doan, ecf@doanlaw.com
CHAPTER 7 TRUSTEE: KAREN S. NAYLOR, acanzone@burd-naylor.com
U.S. TRUSTEE: ustpregion16.sa.ecf@usdoj.gov
ATTORNEY FOR MOVANT: ALVARADO & ASSOCIATES, LLP, generalmail@aswlawoffice.com@alvaradoca.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Kimberly Knapp Leiter
890 Hillcrest Dr
Laguna Beach, CA 92651
(Debtor)

Adam M Leiter
890 Hillcrest Dr
Laguna Beach, CA 92651
(Debtor)

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

BANK OF AMERICA
4161 PIEDMONT PKWY
GREENSBORO, NC 27410
(JR LIEN HOLDER)

KENNETH D. LEWIS
BANK OF AMERICA
100 NORTH TRYON STREET,
CHARLOTTE, NC 28255

MELINDA MASSON
TIMBERLINE COMMUNITY
C/O MERIT PROPERTY MANAGEMENT
1 POLARIS WAY, SUITE 100
ALISO VIEJO, CA 92656-5356
(HOA LIEN)

☐ Service information continued on attached page

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                              **F  9021-1.1**